MAGISTRATE JUDGE RICHARD CREATURA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ALLEN LINT,<br><br>            Defendant. | NO. MJ18-5085<br><br>DEFENDANT'S DEMAND FOR DISCLOSURE OF MATERIAL FAVORABLE TO THE DEFENSE |

TO: THE UNITED STATES OF AMERICA, Plaintiff
AND TO: Assistant United States Attorney

      PLEASE TAKE NOTICE THAT ALLEN LINT, the Defendant above-named, pursuant to the Constitutional principals of due process of law set forth by the United States Supreme Court in <u>Brady v. Maryland</u>, 373 U.S. 83, 87, 83 S.Ct 1194, 10 L.Ed.2d 215 (1963), demands that the Government bring to the Defendant's attention, produce for Defendant's inspection, and allow Defendant to copy at his discretion and all evidence or information of any kind in the possession, custody, or control of the Government which is favorable to the Defendant or will be significant benefit to Defendant in his preparation for trial, including, but not limited to:

      (a) All documents, books, papers and tangible objects or portions or copies thereof favorable to Defendant; and

      (b) Names and addresses of any and all potential witnesses known to the Government who

DEFENDANT'S DEMAND FOR DISCLOSURE OF
MATERIAL FAVORABLE TO THE DEFENSE

BRYAN G. HERSHMAN
ATTORNEY AT LAW
1105 Tacoma Ave. S.
Tacoma, Washington 98402
Tacoma: (253) 383-5346
Facsimile: (253) 572-6662

Page -1-

might give information or testimony favorable to Defendant; and

    (c) The names and addresses of any and all persons interrogated or interviewed by the Government in connection with this case whom the Government does not plan to call as witnesses at trial.

PLEASE TAKE FURTHER NOTICE THAT:

1. Upon your failure to comply with this demand, the Defendant will move the Court for an Order to Compel Compliance and/or an order prohibiting the Government from introducing at trial evidence not disclosed.

2. If any of the items herein enumerated are presently not known to the United States, but become known to it prior to or during trial, the United States is required to notify the Court or the undersigned promptly of the existence of such evidence or material.

DATED this 8th day of APRIL, 2018.

BRYAN G. HERSHMAN LAW OFFICE

BY:_____
BRYAN G. HERSHMAN, WSB# 14380
Attorney for Defendant

DEFENDANT'S DEMAND FOR DISCLOSURE OF
MATERIAL FAVORABLE TO THE DEFENSE

**BRYAN G. HERSHMAN**
ATTORNEY AT LAW
1105 Tacoma Ave. S.
Tacoma, Washington 98402
Tacoma: (253) 383-5346
Facsimile: (253) 572-6662

Page -2-