District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN D. LINT,<br><br>Defendant. | NO. CR18-5152-BHS<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B), hereby accepts the plea of guilty of the defendant to the charges contained in the Indictment, and the defendant is adjudged guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 21 day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

ACCEPTANCE OF PLEA OF GUILTY
CR18-5152-BHS/LINT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970