Judge Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN D. LINT,<br><br>　　　　　　Defendant. | No. CR18-5152-BHS<br><br>**MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br>November 30, 2018 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure 32.2(b) for entry of a Preliminary Order of Forfeiture forfeiting to the United States the interest of Defendant Allen D. Lint ("Defendant") in the following property:

1. $3,122.25 in U.S. currency, more or less, seized from Defendant Allen D. Lint on or about September 28, 2017;

2. Various precious metals seized from Defendant Allen D. Lint on or about September 28, 2017, including the following:
   a. Copper coin marked "1893;"
   b. Copper coin marked "1912" and "2 ½ dollars;"
   c. Copper colored bar, stamped "buffalo" and "10;"
   d. 1-Troy ounce copper coin marked "B;"
   e. Silver coin marked "1921" and "one dollar;"

  f. Silver coins in container marked "90% silver;"
  g. 1-gram silver hearts;
  h. 1-gram silver inside small colored circles;
  i. 1-ounce silver bars;
  j. 1-ounce silver colored coin;
  k. 1 Kilo silver bar;
  l. 10-ounce silver bars;
  m. 1-Troy ounce silver colored coin;
  n. 2-Troy ounce silver bars;
  o. 2-Troy ounce silver colored coin in individual box;
  p. 25-Troy ounce silver bar;
  q. 1-ounce gold coin;
  r. 1-ounce gold bars;
  s. 1-Troy ounce gold bars; and
  t. 10-gram gold bars.

3. Samsung mobile phone, model SM-G902V, IMEI 990004864303452;

4. Motorola mobile phone, model XT1650-02, unknown serial or IMEI number, black in color;

5. LG mobile phone, model LG-D820, unknown serial or IMEI number, black in color;

6. Samsung mobile phone, model SM-G386T, serial number R28F8022X2J;

7. Samsung mobile phone, model SM-G925V, IMEI 990004848478784; and

8. Dell laptop computer, Inspiron 5720, service tag number 9BYQCT1.

This motion is based on the following: On September 4, 2018, the Defendant entered a plea of guilty to Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, a lesser included offense of the offense charged in Count 1 of the Indictment. *See* Dkt. 29 at ¶ 1. In his Plea Agreement, the Defendant agreed to forfeit his interest in the above-identified property pursuant to 21 U.S.C. § 853 as proceeds of and/or facilitating property for the drug conspiracy to which he pleaded guilty; the plea agreement referred to "various precious metals" which are composed of the items listed in 2a-t above. *Id*. at ¶ 7.

///

1       To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B), the United States now moves for entry of a Preliminary Order forfeiting the Defendant's interest in the above-identified property. A proposed Order is attached.

      DATED this 20th day of November, 2018.

                                  Respectfully submitted,

                                  ANNETTE L. HAYES
                                  United States Attorney

                                  */s/ Matthew H. Thomas*
                                  MATTHEW H. THOMAS
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  1201 Pacific Avenue, Suite 700
                                  Tacoma, WA  98402-4383
                                  Telephone:   (253) 428-3800
                                  Fax:              (253) 428-3826
                                  E-mail: Matthew.H.Thomas@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties.

       */s/ Chantelle J. Smith*
CHANTELLE J. SMITH
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
206-553-2473
Chantelle.Smith2@usdoj.gov