JUDGE BENJAMIN SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-5152 BHS |
| Plaintiff, | |
| v. | MITIGATION MATERIAL, RE: SENTENCING |
| ALLEN D. LINT, | |
| Defendant. | |

DONE this 30th day of November, 2018.

_____
Bryan G. Hershman, WSBA # 14380
Attorney for Allen D. Lint

MITIGATION MATERIAL, RE:
SENTENCING - 1

To: The Honorable Benjamin H. Settle, United States District Judge

Re: Sentencing of Allen D. Lint, Employment Information

This letter is to provide the court information regarding my experience with Allen D. Lint as his direct supervisor at Rhino Staging.

Allen Lint was hired in May of 2018 and has demonstrated himself to be a model employee and over all good person. He has made huge steps to improve his life and rehabilitate from the actions he has accepted responsibility for in the case at hand.

I have witnessed him own up to his past mistakes publicly amongst his peers and have known him to take steps like drug rehabilitation and trauma counseling to learn to live a better life. While working at Rhino Staging, Allen has demonstrated the reliability, a strong work ethic, integrity and leadership amongst his peers.

Allen is currently employed with us and is held in high regard both by management and peers alike. He continues to grow his future career and has been selected for the specialty positions of powered industrial forklift operator and safety supervisor. His impending jail time will stunt this industry growth that he is fully committed to. Recently his name was mentioned behind the scenes as a possible future site supervisor, our highest position for field employees. Just this last week his name was mentioned again at our monthly supervisor meeting as a positive force out on the jobsites. Out of 600 employees he has risen to the top 5 percent in a near record amount of time. It is quite a shame to see all this growth knowing that Mr Lint has earned a large chunk of his near future behind bars.

I would urge the court to consider imposing only the minimum sentence possible as Allen has demonstrated true change in his life and commitment to a new lifestyle and career with our company. Additionally I ask the court consider allowing Allen additional time to get his affairs in order before going into custody so that he may better financially prepare his family for his absence and make arrangements with Rhino Staging to secure his future employment.

Without hesitation I can say that his employment is secure with us here at Rhino Staging now and in the future. I am confident that his career will be waiting for him upon his release from incarceration. If your Honor could consider a creative sentence whereas Allen could be allowed to serve his period of incarceration on a work release home detention program, we are confident he would thrive and continue to reprove his worth to society. I would stake my career on it.

Sincerely,

Eric J Drda
Lead Supervisor Rhino Staging NW

Scanned with CamScanner

The Honorable Benjamin H Settle

United States District Judge

Re: Sentencing of Allen Lint

I, Bonny Rainville, am writing to request that the court and consider leniency and creative terms in the sentencing of my husband Allen Lint. I am also writing on the behalf of my mother Kathy Robertson who is functionally illiterate.

In the past year I have observed many positive changes in Allen's approach to life including his work ethic, legal opinions, drug use and mental health. He has actively participated in all court ordered therapy and showed much progress and enthusiasm about the programs he is involved with. In particular the one on one therapy which has focused much on the events of his youth that lead him to where he ended up a year ago. I have known Allen for over 13 years and knew much of the details of his youth and wish that he had found therapy so much sooner in life. Its particularly frustrating to me having the knowledge that when he attempted to bring the abuse of his youth up to program staff when incarcerated previously the subject was ultimately brushed off as it was too hard for them to even approach. It worries me that Allen is going to be put back into a criminal environment (prison) and mindset which he has worked hard to pull himself out of the past year. He is currently working hard at self-improvement and would continue to benefit from the therapy program he is actively participating in.

Allen has been working as many shifts and hours as he can since he found employment with Rhino Staging. I have been very proud to see how hard he has thrown himself at his new found career path and the pride he takes in being a leader in the field. If it wasn't for his impending incarceration he would already be in a supervisor roll as he naturally steps up to leadership positions and truly cares about getting a job done right. I'm sure his employer will be able to touch more on this but I am so very proud of how his work ethic and attitude towards participating in the traditional work force has changed. Once again I only wish that he could have found this path earlier.

I worry about the effect of incarceration having on Allen's sobriety. I have watched him take the subject seriously, pass all of his drug testing, complete drug therapy and even provide advice/outreach to others struggling. I know that drugs are common in prison, its an unfortunate reality and when in a place like that with nothing but the negative around you its even more likely to fall back into the cycle of abuse. I truly feel that incarceration will only hinder his progress in becoming a productive member of our society.

Last I would like to mention that Allen is currently the sole provider in our household with the exception of my mother's SSI for her expenses. She is a stage four lung cancer patient and I spend most my time

caring for her.  Removing him from our family would put a hardship on us all, him included as he is very concerned with our wellbeing.  If house arrest is possible please consider so or self surrender so that we may have a little more time together as a family and to better prepare for our time separated.


Thank you so much for your time and consideration,


Bonny Bee Rainville  Wife

Kathy Marie Robertson  Mother In Law

Lee Anne Fisher, MSW
1220 W 11th Ave
Spokane, WA 99204

The Honorable Benjamin H. Settle
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

November 28, 2018

To Honorable Benjamin H. Settle, United States District Judge:

I am writing to request that you consider leniency in your sentencing of Allen Lint.

During the past year Allen has worked diligently to complete a drug treatment program and regularly attended outpatient counseling for trauma and addiction. He found employment through Rhino Staging and excelled in his position there. He did all this while supporting his wife and mother in law, who is battling cancer.

In my work with people with mental illness, drug addiction, and physical challenges, I have rarely seen anyone work with the kind of commitment and dedication to change Allen has shown during this past year. Allen's motivation to become a contributing member of society and a positive support for his family is unique. It is a great example of the outcome providers in my field want for with all their clients and rarely see. Allen's story is a success story for trauma and drug treatment interventions.

Please consider the changes Allen has made in his life in your sentencing decision.

Additionally, please consider allowing him to self-surrender at a later date so he is able to help his family financially, address physical health issues, and give his job proper notice.

Sincerely,

*Lee Anne Fisher, MSW*

Lee Anne Fisher, MSW

The Honorable Benjamin H. Settle, United States District Judge,

I have known Mr. Allen Lint for roughly 8 years. While he has always been kind, caring and a wonderful friend, this last year I have seen a tremendous amount of growth. His focus has always been his family but his priorities have shifted. I have watched as he started working with a rigorous schedule, in the most extreme temperatures and environments. All while attending counseling, caring for his wife and her sick mother, dealing with his own health issues and growing as an individual. Sometimes in our lives we go thru things we move on from but don't necessarily heal from. Those things can inhibit us from our full potential in life, I have been blessed to watch Mr. Lint grow as his drug and mental health counseling has progressed. I am humbly asking the courts, and you Sir, Judge Settle, please allow Mr. Lint time to settle his affairs and have the opportunity to make sure his wife and family are able to have everything set for his incarceration. As well as have his health issues adequately cared for. I know Mr. Lint has followed every requirement, attended meetings, counseling and done everything he has been asked, and more. With that said Sir, I beg that leniency be given to Mr. Lint, asking you please to go with the mandatory minimum of 5 years or less. I am very well aware of the charges, and I am not attempting to diminish the severity of the situation, but I have watched the change that has been made by Mr. Lint and know he will do everything in his power to follow the courts requests. In closing I ask, please, allow Mr. Lint time past his December, 3rd sentencing, to have all his affairs in order, I have no doubt Mr. Lint will continue to comply with the courts. As he has shown the courts, he can and will do so.

Sincerely,

Shandi Flood

"The Honorable Benjamin H. Settle
United States District Judge"

RE: Sentencing of Allen Lint

I am writing regarding Allen Lint, who is to be sentenced in December 3, 2018. I have known Mr Lint for quite a number of years. By way of introduction, I am a member of the Northport community, where I have lived and farmed for over 25 years. I have been a 4-H leader for almost 20 years, and have been involved with the local schools and mentor programs. I believe I am a respected member of the community.

I have known Allen Lint to be a kind and caring man, who has probably made some poor choices. I do not believe he would ever harm anyone and in the past year he has changed considerably, with the help of a drug abuse program which he went through as an outpatient. Even before he was actively involved in trauma counseling, he was known for helping people find peaceful resolution to disputes. He has often been a voice of reason when some around him were in need of his calming influence. I do know that he has attained gainful employment, so that he can care for and support not only his wife, but his ill mother-in-law as well. He has done well at his job, and it would be important for him to be allowed to self-surrender so that he may make arrangements with his employers so that he will have a job waiting for him when he is released.

I am also hoping and pray that the court will consider lenience in sentencing, as Allen has done so much in the last year to turn his life around and has been a model citizen. It would be a sad statement if the changes he has made and the work he has done are not taken into account. I am asking and hoping that he is given the least amount of time allowed, rather than the 10 to 12 years in the guidelines.

Again, I am asking that Allen be allowed to self-surrender so that he may better make arrangements and prepare for the care of his wife and mother-in-law in his absence. I also understand that he has health needs of his own that need to be addressed before incarceration, which self-surrender would allow him to do.

I sincerely hope you will consider what I have asked on behalf of this sweet, gentle man, so that he may continue to improve his life and that of those close to him, rather than spending much of it locked up where improvement is considerably more difficult.

Going into custody straight from sentencing would cause much hardship not only on Allen, but also on his family, as would a long sentence. I pray you will take these things into consideration and have leniency in sentencing.
Thank you for hearing me,

Yours truly,
Fran Cannon
P.O. Box 502
Northport, WA 99157

## Natalie Crawford, Paralegal to Bryan G. Hershman

| | |
|---|---|
| From: | timothy best <timothyalanbest@yahoo.com> |
| Sent: | Tuesday, November 27, 2018 12:45 PM |
| To: | Natalie Crawford, Paralegal to Bryan G. Hershman |
| Subject: | Re. Allen Lint self surrender |

To: The Honorable Judge Benjamin H. Settle
United States District Judge

Please

Please be lenient with my friend Allen Lint. Please allow him to self surrender at a later date so he may get his medical affairs
And his family affairs in order. I have only known Allen to be a healer, a storyteller, and incredibly generous and just man.
He has been one of the biggest fans and supporters of my music.
Thank you for your consideration
Sincerely Timothy Alan Best
singer-songwriter
Sent from Yahoo Mail on Android

# Natalie Crawford, Paralegal to Bryan G. Hershman

**From:** Bev Blissett <bevblissett@icloud.com>
**Sent:** Tuesday, November 27, 2018 3:11 PM
**To:** Natalie Crawford, Paralegal to Bryan G. Hershman
**Subject:** Mr Allan Hint

"The Honourable Benjamin H. Settle
United States District Judge"

RE: Sentencing of Allen Lint

Your Honourable Benjamin H Settle,
Wth great respect and humility I ask for your serious consideration of offering
Leniency in your sentencing of Mr Allen Hint. Mr Hint is deeply remorseful, has admitted the serious error of his thoughts, words and actions, and seeks to make amends for his wrong doing. Mr Hint is a hard working person and thoughtful family member who cares for and cares about his wife and mother, who is ill with Cancer. He appreciates justice needs to be served and has used his time wisely in the recent weeks to make arrangements with his employer to hold his job
for his return once he is released from his sentence. He is seeking to self-surrender so he can make as
Good as possible arrangements for his wife and his Mother's care and financial security during his incarceration.
With great understanding of the weight of justice you are called to adjudicate I ask for merciful
Justice and leniency for Mr Hint.
With thanks for the opportunity to correspond with you on this matter which so greatly impacts the
life and human condition of this precious family and entire community.
+G_d Bless you Honourable Benjamin H Settle.
Sincerely,
Beverley Blissett
Social Worker and Teacher

Please send these letters directly to my attorney Bryan Hershman ASAP
via fax: 253.572.6662
Email: ParaLegal@bryanhershman.com
Bryan G. HERSHMAN
1105 Tacoma Avenue S
Tacoma, WA 98402

1

## Natalie Crawford, Paralegal to Bryan G. Hershman

**From:** Adam Malawi <trichomefarm@yahoo.com>
**Sent:** Tuesday, November 27, 2018 1:06 PM
**To:** Natalie Crawford, Paralegal to Bryan G. Hershman
**Subject:** RE:Sentencing of Allen Lint

To whom it may concern:

This is a message for the person(s) involved in the sentencing of Allen Lint in a court of Law. This human has been convicted of a crime in your court and it is your duty to apply the appropriate sentencing for these charges. I would hope the court has done their due diligence in regards to this matter. If not may I please illuminate you to some factors in this man's life. He is a working man and a family man, He has struggled in the past with health issues both physically and mentally that his has sought treatment for. In this last year we have all seen a big turn around in his mental health with him attending counseling for traumas and substance abuse. He has become a proponent for healthier choices in life and has chosen to influence others in his life to do the same.

As a family man he is experiencing some rough times. His mother-in-law is battling cancer. She has only her children to lean on in this world, and financially she is relying on the home and support of Allen and his Wife. I know Allen has been working himself to the bone to provide for his family in this trying time. Employed by Rhino Staging he is doing a skilled manual labour that helps provide the world with happiness though music and song. There is a concern that he is not able to leave enough of a 'nest egg' for his family to survive during his inevitable incarceration.

It is for these reasons I feel I must vocalize this request that is on the minds of many that are close to him, Please consider the minimum sentencing so he can return to his family as soon as possible and continue to effect positive change in this world through positive deeds and hard work. Also if it is at all possible allow him to Self-Surrender to your court when he has settled more things in his life. He would be in a better position when he got out off allowed more time to work with his employer to ensure job safety upon his return from incarceration. I believe in Allen's ability to overcome these challenges but time is running out and there is still things he needs to prepare for his dependents.

I hope these words reach the person(s) who can assist. As a proud American and a member of the Sons of the American Revolution I have an unwavering faith in our legal system and those who have been elected into it to make the decisions best for our communities and our Nation. I know Allen and he is first and foremost a Family man and also an individual who believes in hard work. Two things that are important to the ideals of our country. I hope you can see these things I have attempted to shine light on.

Sincerely and with my Highest Regards,
   Adam R. Miller

## Natalie Crawford, Paralegal to Bryan G. Hershman

**From:** Linda Huelskoetter <lindahuelskoetter66@gmail.com>
**Sent:** Tuesday, November 27, 2018 6:18 AM
**To:** Natalie Crawford, Paralegal to Bryan G. Hershman
**Subject:** Sentencing of Allen Lint

The Honorable Benjamin H Settle:
I an writing this to ask that you please show leniency towards Allen in his upcoming sentencing.

Allen has been an amazing man as long as I have known him. But the changes he has made over the last year have been incredible to see.

He completed drug abuse counseling thru outpatient program and that alone is a huge change as well as beneficial in his life.

I watched him and his wife suffer the loss of someone they love dearly yet keep going and stay strong for each other. Allen is actively involved in trauma counseling and I see positive changes and acceptance in him on a constant basis.

He has full time employment and loves the fact that he is working hard to support his wife and mother in law. If every man in this country took care of his family and loved ones the way Allen does it would be a wonderful sight.

Allen will appear before you on December 3 for sentencing. I ask that you look at him as the changed man he is and not just a set of charges written on paper before you Sir. Allen truly deserves leniency in this case. Please allow him the decency of being able to self surrender. This will give him time to finish getting his affairs in order for himself as well as his wife and mother in law who is very sick. He will be able to give his job decent notice which will guarantee that his job will be waiting for him when he gets out. As well as let him work a little more towards providing for his wife and mother in law during his absence.
Allen does not deserve to receive the sentence guideline of ten to twelve years. Please Sir look at the man and the positive changes he has made and give the mandatory minimum of 5 years or less.
Allen has changed my life. His positive spirit and loving giving nature saved me from myself. I was a suicidal wreck until this man and his family showed me true compassion and love. Please, Your Honor, show Allen the compassion he has shown everyone he has ever met.

Sincerely
Linda C Huelskoetter

# Natalie Crawford, Paralegal to Bryan G. Hershman

**From:** Dustin Lint <dalint1978@yahoo.com>
**Sent:** Monday, November 26, 2018 8:06 PM
**To:** Natalie Crawford, Paralegal to Bryan G. Hershman
**Subject:** CcAllen Lints sentencing

To whom it may concern I've seen Allen get a job be there for his wife during her hard time with her mothers fight with cancer work crazy hours to keep a roof over there heads he's done a out patient treatment program and is in trauma counseling I'm asking for leniency for Allen he has turned his life Sent from my iPhone

Tarrah Dennette
1618 Davison Ave
Richland WA 99354

November 30th, 2018

Re: Allen D Lint
#11990-085

The Honorable Benjamin H Settle, United States District Judge

My name is Tarrah Dennette, I am a personal caregiver employed through the State of Washington and reside in Richland, WA. I am Allen Lint's former wife. We share two children Kayla Dennette and Khristian Dennette. Both who reside with me in Richland, WA. Allen has been part of our life's for the past 18 years, even though we separated in 2011. We maintain close contact and daily communication. Allen is a dedicated husband, father and friend. I know him to be industrious, hard working, family man who is community-minded and other centered. He has been actively involved in the lives of Kayla and Khristian and welcomed the arrival of our first grandchild Khaos Murphy Dennette, on June 22, 2018. His daughter Kayla Dennette has a rare birth defect called Prader-Willi Syndrome and has many health issues that we deal with on a daily basis. He also takes an active part in her schooling and other personal care plans. He visits her on a regular basis, in person or through social media. Kayla looks forward to this time with Allen, and It has had a positive impact on her health and mental well being.

I know Allen to be dependable and accountable for his actions. He has done this by showing up to his court proceedings and following court ordered mandates. I ask that you consider leinancy in his sentencing, Allow Allen Lint to turn himself in as he has done in the past, so that he may be able to get his affairs in order and spend time with our children and grandchild as well as his wife and other family members.

I have seen changes in Allen Lint, that I haven't seen so much in the past. He found a passion through working with Rhino, and I personally have never seen him so dedicated to a company and a job. He has even been offered employment upon completion of serving his time. As he is very dedicated hard worker.

Our family asks that you consider the least amount of time with sentencing. Also please keep him close to us, so that we can visit him. It is hard to lose Allen again, but we are so proud of him, for taking responsibility for his actions. Our family will continue to be a positive support system for him, during his incarceration.

Thank you, Your Honor, for taking my letter into consideration.

Should you need to verify any of my statements above, please call me at 509-578-8042.

Sincerely,

Tarrah Dennette

To the Honorable Benjamin H. Settle, United States District Judge,

I am writing this letter on behalf of my friend, Allen Lint. I believe that Allen would be serving his time much better out of prison and at home on house arrest, where he can continue to work and seek medical care, both physical and mental, that he has already shown great progress from. I have known Allen for a few years. In the last year, I have seen both positive and negative changes in him. Some changes are more subtle than others.

As for the positive changes, I have seen him direct his already high focus on family towards maintaining employment in a field where his desires to be productive and succeed are rewarded with continuous promotion. He has an attitude of healthy accomplishment and pride now when he speaks about how hard he is working to take care of his wife, Bonny, and her ill mother. I have had conversations with both Allen and Bonny regarding his counseling and they both seemed very pleased with his progress in processing some very difficult childhood traumas that were dismissed in previous counseling. I personally, can see the subtle increase in self-awareness when conversing with him on various subjects.

As for the negative changes over the last year, I have seen a Allen's health issues grow a bit more concerning for him and his family. His COPD and various breathing issues continue to cause him difficulty during sleep and the cold season is proving to be particularly hard on his breathing, resulting in the need of a sleep study for his breathing issues. His need for medical care has been frequent over the last couple years.

Overall, it is my opinion, that prison time would not serve to rehabilitate Allen. He has shown progress in his rehabilitation while in his currently supervised environment. I believe that he would continue his progress if given house arrest.


Sincerely,

Stephanie McGuire