2/9/21

Pg 1/3

To: Honorable Judge Settle

Your Honor, I am writing to you today in regards to my request for compassionate release. First, I want to clearly express that I have sincere remorse for my crimes and am truly sorry for the choices I made, and the actions that I took, especially when I knew better after already serving prison time for the same choices and similar criminal acts. The factors and hardships that I faced that lead me back to addiction does not excuse the choices I made, and I am sorry. While I was out on pre-trial release, I finally began getting treatment and help with my root causes of addiction and learned that the way I used drugs as an unhealthy coping mechinism when faced with hardships is why I keep making self-destuctive choices — choices that not only hurt me, and my family, and land me in prison, but also harm others. By selling drugs, I was continueing that same destructive cycle of behavior in others, ruining others lives, and hurting the families of the addicts that I was destroying with my actions, and I have the most remorse for that destruction and pain I've caused and continued.

After being diagnosed with PTSD from the sever traumas that I survived as a child, I underwent some very powerful and very important counseling at least once per week while on pre-trial release, as well as drug treatment. I learned important life changing things about myself and

began learning healthier coping systems. For the first time in my life, I was truly growing up and learning to do better. I truly look forward to continue counseling in the future. Being in prison these last 25 months has been difficult, but again it's prison and is not supposed to be fun. When I first came in on this sentence, I was doing all that I could do to better myself. I was walking every day to try to get into better health, I was reading self help books every day, and began attending regular services in the chapel. I took and passed the 9 months of MS-Excel, MS-Word, MS-Publisher, and MS-PowerPoint classes that were available. Being away from loved ones was difficult, but it is prison. Then the COVID pandemic hit, and incarceration went from hard to unbarable. And I know of course the pandemic was forcing change and is difficult everywhere and I understand why the prisons got harder, but it has made the bettering oneself process nearly impossible. Since COVID began, there have been no opportunities for education courses, no religious services, and even harder — no visits, which I have seen and experienced inmates relationships with loved ones suffer from. My own marriage has dissolved, which was hard. We are locked down all the time, sometimes the unit I am in has been denied even showers for up to 7 days at a time. Prison is supposed to be hard, I get that, that it is also supposed to give rehabilitation. I honestly feel

that my best rehabilitation can be done by being able to continue the counseling that I began on pre-trial release.

Your Honor, if you will grant my compassionate release, I will abide by and follow any and all conditions and rules that are placed and expected of me. As you can see from my pretrial release time, I do very well on supervision and thrive, and I will continue treatment, growing, and healing and I know that I will be a productive member of society.

My ultimate fear is that I will be exposed to COVID 19 while I am here, or while in transit to or at the La Tuna FCI where I a designated to go to soon. I am afraid that my heart and lungs will not survive the virus, and I have seen people catch it here from exposure in transit. Please Your Honor, grant me this compassionate release. I do not want to die or get permanently disabled by this virus in prison and miss my chance to show my loved ones that I am healing, growing, and changed to be a better person.

Sincerely,
Allen Lint #11990-085

*Allen Lint*

2/9/21